UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:05-CR-54 |
| | ) | |
| SCOTT LIVESAY | ) | |

**O R D E R**

This supervised release revocation matter came before the Court on October 17, 2005, at which time it was announced that the defendant had been accepted into the Veterans Administration's inpatient drug abuse treatment program. Therefore, it is hereby **ORDERED** that this revocation of supervised release matter is **CONTINUED** until April 17, 2006. In the interim, should the defendant successfully complete the Veterans Administration's inpatient drug abuse treatment program, upon notice from the United States Probation office, the petition for revocation of supervised release will be dismissed.

It is further **ORDERED** that the defendant be immediately released from custody, but that he shall voluntarily report to the Veterans Administration's inpatient drug abuse treatment program for admission on October 27, 2005. Prior to his admission to the program, he shall submit himself for drug screens at Comprehensive Community Services ("CCS") as often as permitted by CCS, and as directed by the

United States Probation office.  Failure to report for drug screening as directed, or a positive drug screen, shall result in the defendant's immediate incarceration.

ENTER:

                                                                s/J. RONNIE GREER
                                                  UNITED STATES DISTRICT JUDGE